IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID NEW, individually and on behalf
of all others similarly situated,

CASE NO.:  1:14-cv-20574-UU

       Plaintiff,

v.

LUCKY BRAND DUNGAREES STORES, INC.,
d/b/a LUCKY BRAND JEANS,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David New ("Plaintiff"), by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: May 9, 2014

Respectfully Submitted,

By: *s/Andrew B. Boese*
Andrew B. Boese, Esq.
  Florida Bar No. 824771
Tiffany L. Anderson, Esq.
  Florida Bar No. 83995
LEÓN COSGROVE
255 Alhambra Circle, Suite 424
Coral Gables, FL 33134
Telephone: (305) 740-1975
Facsimile:  (305) 437-8158
aboese@leoncosgrove.com
tanderson@leoncosgrove.com
kvasquez@leoncosgrove.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 9, 2014, the foregoing document was filed via the CM/ECF system and automatically forwarded upon filing via electronic mail to the following:

Scott Stephan Allen, Esq.
Mendy Halberstam, Esq.
Jackson Lewis P.C.
2 S Biscayne Boulevard, Suite 3500
One Biscayne Tower
Miami, FL 33131-1802
Telephone: 305-577-7600
Fax: 305-373-4466
allens@jacksonlewis.com
mendy.halberstam@jacksonlewis.com

*Counsel for Defendant, Lucky Brand Dungarees Stores, Inc.*

                                          *s/Andrew B. Boese*
                                          Andrew B. Boese, Esq.