UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20574-UU

DAVID NEW,

    Plaintiff,

v.

LUCKY BRAND DUNGAREES STORES, INC.,

    Defendant.

_____/

### ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon Plaintiff's Voluntary Dismissal. D.E. 25.

The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf